IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KELLY,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **GERALD L. ROZUM, ET AL.,** | : | |
| Respondents | : | **NO. 08-1073** |

## ORDER

AND NOW, this 5th day of October 2009, upon careful and independent consideration of Petitioner's Amended Petition for Writ of Habeas Corpus (Docket No. 24) and Respondents' response thereto; the Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated February 17, 2009 (Docket No. 26); the Objections to the Report and Recommendation filed by Petitioner's counsel and the related Letter filed by Petitioner pro se (Docket Nos. 27 and 28) and Respondents' response thereto; and Petitioner's supplemental Memorandum in support of his Amended Petition for Writ of Habeus Corpus (Docket No. 32), as well as related correspondence from counsel, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE